U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 12 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50074-07 |
| versus | JUDGE WALTER |
| BRANDON RAY LOYD | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **BRANDON RAY LOYD** on October 30, 2006 before Magistrate Judge Mark L. Hornsby is accepted by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 12 day of Feb, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| PRESENT:<br>HON. MARK L. HORNSBY    JUDGE<br>    Barbara Simpson    COURT REPORTER<br>    Denise McDonnell    MINUTE CLERK | | DATE    : October 30, 2006<br><br>TIME IN COURT:  30 Minutes |

## MINUTES OF COURT

CRIMINAL NO. : 06-50074-07

MAG. CASE NO.: NONE

DEFENDANT    : BRANDON RAY LOYD

GOVERNMENT COUNSEL: MIGNONNE GRIFFING

DEFENSE COUNSEL    : ANITA McKEITHEN

( ) PUBLIC DEFENDER    ( ) RETAINED    (X) CJA    ( ) WAIVED

____ Defendant in custody
_X_ Defendant on bond, bond continued
____ Bond canceled
____ Personal Recognizance Bond
____ Bond not made, remanded to custody
____ Conditions of release signed (AO 199)
____ Appearance Bond signed (AO 98)
____ Failed to appear, warrant ordered
____ Agent testified

_X_   CASE CALLED FOR CHANGE OF PLEA on _X_ Superceding Indictment

   _X_ Defendant under oath
   _X_ Defendant consented to the entry of a felony guilty plea before the Magistrate Judge, who finds that the record adequately establishes a factual basis for the plea
   _X_ Filed Plea Agreement, Affidavit of Understanding of Maximum Penalty and Factual Basis
   _X_ Defendant advised of Rule 11 rights
   _X_ Recommended that the Plea of Guilty to Count 6 be accepted. Any objections to the recommendation of the Magistrate Judge shall be filed in writing within 10 days.
   _X_ Presentence investigation ordered
   _X_ The Court Reporter is ordered to prepare a transcript of the guilty plea to be delivered to Chambers of the Magistrate Judge. The transcript will be delivered by the Magistrate Judge to the District Judge for his review.
   _X_ SENTENCING set for March 1, 2007 at 10:00 a.m. before Judge Donald E. Walter

GOVERNMENT WITNESS: NONE

COMMENTS:

*Order prepared m 2/12*

The Government's Motion for a one-point reduction under U.S.S.G. § 3E1.1(b) (Acceptance of Responsibility) is contained in the plea agreement.

The Court ordered the defendant to return for sentencing.